**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     *In re Ronald Castillo*

Appellate case number:   01-12-00571-CV

Trial court case number:  65459

Trial court:             149th District Court, Brazoria County, Texas

On July 16, 2012, real party in interest, Jennene Kemp, individually and as next friend of J.L.K., a minor, filed a "Motion to Seal Relator's Petition for Writ of Mandamus and Record and Appendix in Support of the Petition." Real party in interest contends that relator's petition for writ of mandamus contains references to her minor son's mental health records and that the supporting record and appendix contain the records themselves. The mandamus record reflects that the trial court previously sealed these records on June 7, 2012. We therefore GRANT real party in interest's motion.

Accordingly, the Clerk of this Court is ORDERED to seal the following documents, which have already been filed in this Court:

1.   Relator's Petition for Writ of Mandamus, and
2.   Relator's Record and Appendix in Support of Petition.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   Acting individually

Date: July 25, 2012